# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>Jesus Ines Quinones-Torres<br>DOB: xx/xx/1983<br>Mexican Citizen A# 095 770 796 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>10-01903M |

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 27 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

VICTIM

Complaint for violation of Title  18                United States Code § 111(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
That on or about April 26, 2010, at or near Charco, in the District of Arizona, **JESUS INES QUINONES-TORRES**, intentionally and forcibly did assault, resist, oppose, impede, intimidate, and interfere with Border Patrol agent, Kyle Dreckman, an officer or employee of the United States as designated by 18 U.S.C. § 1114, while he was engaged in his official duties, with the act constituting more than simple assault, in violation of Title 18, United States Code, Sections 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 26, 2010, near Charco, Arizona, Border Patrol agent Kyle Dreckman was on patrol when he saw three individuals hiding behind a bush. They were illuminated with his flashlight and appeared to be illegal aliens. Agent Dreckman identified himself and the three individuals got up and fled. Agent Dreckman grabbed JESUS INES QUINONES-TORRES. The defendant resisted and both he and the agent landed on the ground. The defendant continued to physically resist the agent, who eventually subdued the defendant with OC spray.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Recommend Detention | SIGNATURE OF COMPLAINANT |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | OFFICIAL TITLE<br>Customs & Border Patrol Agent |
| Sworn to before me and subscribed in my presence. DAK/cls    DAK | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>April 27, 2010 |

1) See Federal rules of Criminal Procedure Rules 3 and 54